UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG SNOVER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRANSUNION LLC, et al.,<br><br>Defendants. | No. 2:20-cv-07982-JAK-SK<br><br>**ORDER RE STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. (DKT. 30)**<br><br>**JS-6** |

Based on a review of the parties' Stipulated Request for Dismissal with Prejudice of Defendant Experian Information Solutions, Inc. (the "Stipulation" (Dkt. 30)), sufficient good cause has been shown. Thus, the Stipulation is **APPROVED**. Pursuant to Federal Rule of Civil Procedure 41(a)(1), Defendant Experian Information Solutions, Inc., is dismissed from the above-captioned civil action with prejudice, with each party bearing his or its own attorney's fees and costs.

**IT IS SO ORDERED.**

Date: February 23, 2021

_____
John A. Kronstadt
United States District Judge